```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN ESQUILLIN,

Defendant.

**ORDER**

16 Cr. 450 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 24, 2017;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS upon review of that transcript – as supplemented by proceedings conducted on January 5, 2018 – this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
        January 5, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge