# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

By ECF

September 23, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re: United States v. Brian Esquilin, 1:16-CR-450(PGG)

Dear Judge Gardephe:

We write as counsel for Defendant Brian Esquilin, to request an adjournment of the status conference presently scheduled for October 1, 2024, at 3:00 p.m. Mr. Esquilin seeks this adjournment because his Bronx Criminal Court case under case number CR-011788-24BX was adjourned for November 21, 2024. Given that the resolution of the federal VOSR may be related to the outcome of the state case, the parties suggest that the conference be adjourned for approximately sixty days to date on or after December 2, 2024. The Government and Probation's office has consented to this request.

Respectfully,

 /s/ Arlo Devlin-Brown
Arlo Devlin-Brown
Covington & Burling LLP

cc: William Stone, Esq. (via email)

**MEMO ENDORSED:** The conference currently scheduled for October 1, 2024, is adjourned to **December 2, 2024, at 2:00 p.m.**

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge
Dated: September 26, 2024