UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

BRIAN ESQUILIN,

Defendant.

**ORDER**

16 Cr. 450 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for February 7, 2025, is adjourned to

**February 14, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        February 5, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge