UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -                                        **ORDER**

BRIAN ESQUILIN,                                    16 Cr. 450 (PGG)

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

The next conference in this matter will be held on **April 11, 2025, at 10:00 a.m.**
in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New
York, New York.  Failing a negotiated disposition, this Court expects to hear testimony
regarding the specifications set forth in the December 16, 2024 Amended Violation Report.

Dated:  New York, New York
         March 3, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge