**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

**By ECF**                                                                                April 3, 2025

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re:  *United States v. Brian Esquilin*, 1:16-CR-450(PGG)

Dear Judge Gardephe:

      We write as counsel for Defendant Brian Esquilin to update the Court on Mr. Esquilin's supervised release violation proceedings.  The parties have reached an agreement in which Mr. Esquilin would admit to Specifications 3, 5, and 7 – Grade C Violations of his conditions of supervised release, including possession (but not distribution) of a controlled substance.  In return, Probation would dismiss the remaining specifications.

      The parties are already scheduled to appear in Court on April 11, 2025, and we anticipate that Mr. Esquilin will admit to the specifications at that time.  While we had explored the possibility of appearing earlier to enter this resolution, no earlier convenient date worked for the parties, including because defense counsel is traveling during the first part of next week.  In the event the matter is not resolved as foreseen on April 11, the parties are prepared to appear for a hearing promptly thereafter, but in light of the anticipated resolution, the Government does not intend to have the NYPD officer or officers it would call as witnesses in the event of the hearing available on April 11.  This arrangement is satisfactory to the parties and Probation should it be satisfactory to the Court.

                                                                                                  Respectfully Submitted,

                                                                */s/ Arlo Devlin-Brown*
                                                              Arlo Devlin-Brown
                                                              Kevin JeanBaptiste
                                                              Covington & Burling LLP